

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| **In re:** <br><br> **TABATHA ROCHELLE KNIGHT,** <br><br> **Debtor.** | **Case No.: 13-26696-WIL** <br> **Chapter 11** |

## ORDER DISMISSING CASE
## WITH A TWO YEAR BAN ON FILING ANOTHER BANKRUPTCY CASE

Upon consideration of the United States Trustee's Motion to Convert Case to Chapter 7 and any opposition thereto, IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the above referenced case be and hereby is DIMISSED WITH PREJUDICE; and it is further

ORDERED that the Debtor, Tabatha Rochelle Knight, be and hereby is enjoined and barred from filing or otherwise initiating a bankruptcy case under any chapter of the Bankruptcy Code in any jurisdiction for a period of two years from the date of this Order.

READ AND CONSENTED TO:


*/s/ Lynn A. Kohen*
Lynn A. Kohen
Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
(301) 344-6216
Fax: (301) 344-8431
Email: lynn.a.kohen@usdoj.gov
*Counsel for Judy A. Robbins*
*United States Trustee for Region 4*


*/s/ Brett Weiss*
Brett Weiss
Chung & Press, LLC
6404 Ivy Lane, Suite 730
Greenbelt, Maryland 20770
301.924.4400
Fax: 240.627.4186
Email: lawyer@brettweiss.com
*Counsel for Tabatha Knight,*
*Debtor*


**I HEREBY CERTIFY** that the terms of this Order Dismissing Case With a Two Year Ban on Filing Another Bankruptcy Case submitted to the Court are identical to those set forth in the original Order Dismissing Case With a Two Year Ban on Filing Another Bankruptcy Case; and that signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original Waiver of Discharge.

                                                  */s/ Lynn A. Kohen*
                                                  Lynn A. Kohen
                                                  Counsel for the U.S. Trustee

cc:

Lynn A. Kohen at lynn.a.kohen@usdoj.gov, counsel for the United States Trustee
Donald C. Fontaine, Jr. at dfontaine@silvermanlegal.com, counsel for *Navy Federal Credit Union*
Brett Weiss at lawyer@brettweiss.com, counsel for the *Debtor*

Tabatha Rochelle Knight
12704 Lusby Lane
Brandywine, MD 20613
*Debtor*

**END OF ORDER**